THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. WILLIE J. GRIER, Defendant.— Application denied (see *People* v. *Lynn*, 28 N Y 2d 196). Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Kane, JJ., concur.

## (February 22, 1973)

In the Matter of the Application of the TIOGA COUNTY BAR ASSOCIATION for Approval of the Incorporation of the TIOGA COUNTY LEGAL AID SOCIETY, INC.— Application for approval, pursuant to subdivision 5 of section 495 of the Judiciary Law of the organization and incorporation of Tioga County Legal Aid Society, Inc., granted upon the following conditions: (1) approval is limited to a term of two years from the date of this decision, with leave to apply for extension of the period as conditions may warrant when application is made, and (2) in addition to the requirements of the certificate of incorporation for compliance with statutes, rules and court decisions regulating the conduct of attorneys, the corporation, and its agents and employees, shall comply in all respects with the Code of Professional Responsibility adopted by the American Bar Association and approved by the New York State Bar Association, effective January 1, 1970. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

JOSEPH ZOBRE, Appellant, v. RAYMOND E. SCHUTTIG, Respondent.— Motion to amend decision rendered January 17, 1973 (41 A D 2d 573) granted, without costs, and last paragraph amended to read as follows: "Judgment reversed, on the law and the facts, with costs, and a new trial ordered on the issue of damages." Herlihy, P. J., Greenblott, Cooke, Sweeney, and Reynolds, JJ., concur.